*In re* THE VILLAGE OF VILLA PARK, SPECIAL ASSESSMENT No. 259—(VILLAGE OF VILLA PARK, Appellant.)

(No. 74-171;

Second District—September 3, 1974.

*Rehearing denied November 6, 1974.*

Opinion by Mr. JUSTICE SEIDENFELD.

James K. Young and Ralph J. Gust, Jr., both of Lombard, for appellant.